Dear Ms. Abel Acosta          Aug 10, 2015

Thank you for your time to listen to my Concern-letter I pray that i find you in good health, and in good spirits and Cheers as well Ms. Abel.

RECEIVED IN COURT OF

AUG 12 2015

Abel Acosta, Clerk

Now Mr. Acosta i would like to let you know I written my appeal attorney Mr. Mike Berger about my Documents that he failed to send me from the begaining id never recieve anything threw this whole time until now, and ive ask for my Copys of (1) Criminal Docket, (2) Transcript (3) Statements of Facts in Volumes of, (4) Motions, and (5) A copy of the indigent form I signed indicating I was indigent, showing evidence I could not afford and attorney of these documents of evidence pursuant to Texas Rules of Appellate procedure, these documents Rule 34.2. In addition I need Copies of State and Defense Briefs filed in the Court of Appeals.

Now Ms. abel i just want to let you know on were i stand with my attorney if only he would of sent me my documents ive wouldn't be bothering the Court with this matter again but i have to keep on fighting with this case because it shouldn't Come this far from the begaining i pray you understand, and thank you again for your time your assistance in this matter is very gratefully Appreciated.

Sincerly

Mr. Robert Ramirez

And God Bless us all